UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31950 |
|---|---|
| RICHARD L. LITTERAL | (Chapter 13) |
| JENNIFER L. LITTERAL | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976255**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 54 | LASALLE BANK NATIONAL ASSOC<br>WILSHIRE CREDIT CORP<br>BOX 8517<br>PORTLAND, OR  97207 | 719.51 |
| 10-2/ 3 | LASALLE BANK NATIONAL ASSOC<br>WILSHIRE CREDIT CORP<br>BOX 8517<br>PORTLAND, OR  97207 | 206.78 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/29/2009

Certificate of Service               08-31950

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RICHARD L. LITTERAL
JENNIFER L. LITTERAL
P O BOX 296
CHRISTIANSBURG, OH  45389

RANDAL A HARVEY
9 W WATER ST
TROY, OH  45373

(49.1n)
CHASE AUTO FINANCE
AZ1-1191
201 N CENTRAL AVE
PHOENIX, AZ  85004

(56.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(3.1)
LASALLE BANK NATIONAL ASSOC
WILSHIRE CREDIT CORP
BOX 8517
PORTLAND, OR  97207

(3.3)
LASALLE BANK NATIONAL ASSOC
%WILSHIRE CREDIT CORPORATION
BOX 1650
PORTLAND, OR  97207

(54.1)
LASALLE BANK NATIONAL ASSOC
WILSHIRE CREDIT CORP
BOX 8517
PORTLAND, OR  97207

(54.3)
LASALLE BANK NATIONAL ASSOC
%WILSHIRE CREDIT CORPORATION
BOX 1650
PORTLAND, OR  97207

(55.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(45.1n)
RECOVERY MGT SYS CORP
ATTN RAMESH SINGH BK SPECIALIS
25 SE 2ND AVE STE 1120
MIAMI, FL  33131

(48.1n)
THOMAS R MERRY
BARREN & MERRY CO LPA
110 POLARIS PARKWAY SUITE 302
WESTERVILLE, OH  43082

(46.1n)
WELLS FARGO EDUCATION FIN SERV
4811 NORTH 4TH AVENUE
SIOUX FALLS, SD  57104

(47.1n)
WILSHIRE CREDIT CORPORATION
BOX 1650
PORTLAND, OR  97207

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner                    cs